CLINCH v. SOUTH SIDE RAILROAD COMPANY, appellant.

*Appeal — from chamber order not entered in department.*

On an appeal to the general term of the second department from a chamber order made by a justice in the first district appointing a receiver of a corporation, it did not appear that the order had ever been entered in the second department. *Held* (Code, §§ 10, 350), that the record did not show jurisdiction in the second department general term to hear and determine the appeal.

APPEAL from an order made at chambers by a justice of the supreme court in the first district appointing a receiver of the property, franchise and effects of the defendant. The action was one brought in Kings county by Edward S. Clinch against the defendant.

An appeal was taken to the general term of the first department from the same order, the decision of which is reported *ante,* page 224.

*Tracy, Catlin & Brodhead,* for appellant.

*John H. Bergen,* for respondent.

TALCOTT, J.

The head-note gives fully the only point passed upon in the opinion.

*Appeal dismissed.*